AO 94 (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 3 1 2009

JAMES N. HATTEN, Clerk
By: _Amelia A Schmidt_ Deputy Clerk

# UNITED STATES DISTRICT COURT

NORTHERN _____  District of _____ GEORGIA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| MICHAEL SIMMONS | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:09-MJ-0398 | 09-082 | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment     ☐ Information     ☐ Complaint     ☐ Other (specify)

charging a violation of     21     **U.S.C. §**  841(a)(1)

**DISTRICT OF OFFENSE**
Eastern District of Louisiana

**DESCRIPTION OF CHARGES:**

Possession with intent to distribute a controlled substance

**CURRENT BOND STATUS:**

☐ Bail fixed at                           and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**     ☐ Retained Own Counsel     X Federal Defender Organization     ☐ CJA Attorney     ☐ None

**Interpreter Required?**     X No     ☐ Yes     Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_3/31/09_                    _E. Clay Syd_
Date                         Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |