# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 SPRING STREET, SW
### ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**                                       CRIMINAL SECTION
CLERK OF COURT                                                      404-215-1655

**April 1, 2009**

Clerk of Court
Eastern District of Louisiana
C-151 Hale Boggs Federal Bldg
 United States Courthouse
500 Poydras Street
New Orleans, LA 70130

      RE:     *United States of America v. Michael Simmons*
                NDGA Case No.: 1:09-mj-398
                Your Case No.: CR 09-82

Dear Clerk:

      Rule 5(c)(3) proceedings were held in this district on March 31, 2009. Please find enclosed original documents of said proceedings with certified copy of commitment and our docket sheet.

      Please acknowledge receipt of the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                         Sincerely,

                         **James N. Hatten**
                         **Clerk of Court**

                         By:   s/ *B. Evans*
                            Deputy Clerk

Enclosures