

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

CRIMINAL SECTION
404-215-1655

April 1, 2009

Clerk of Court
Eastern District of Louisiana
C-151 Hale Boggs Federal Bldg
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

RE:   *United States of America v. Michael Simmons*
      NDGA Case No.: 1:09-mj-398
      Your Case No.: CR 09-82 F

Dear Clerk:

Rule 5(c)(3) proceedings were held in this district on March 31, 2009. Please find enclosed original documents of said proceedings with certified copy of commitment and our docket sheet.

Please acknowledge receipt of the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

Sincerely,

**James N. Hatten**
**Clerk of Court**

By: ___s/ *B. Evans*___
       Deputy Clerk

Enclosures